ROSEMARY BULL v. NOVEMBER REALTY CORP. et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See *ante*, p. 774.]

SAM MENCHER, as Chairman of Furriers Joint Council of New York, and as Assignee of IDA WEISS and Others, et al. v. HARRY WEISS.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Heffernan and Bergan, JJ. [See *ante*, p. 763.]

WILLIAM WEIDLICH et al. v. FRANK B. WEIDLICH.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See 279 App. Div. 1066.]

GREYSTONE HOTEL CORPORATION v. WILLIAM MORROW.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs and the order of this court, entered September 30, 1952, vacated. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante*, pp. 242, 890.]

JACOB ELISHEWITZ & SONS CO., INC., v. BARRY EQUITY CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See *ante*, p. 336.]

WALTER SZCZEPKOWICZ, Appellant, v. KHELSHEK REALTY CORP., Defendant-Respondent and Third-Party Plaintiff-Appellant. CAESAR BONIS et al., Doing Business as BONIS BROS. FUR MACHINERY CO., Third-Party Defendants-Respondents.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 524.]

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, by ALFRED J. BOHLINGER, as Superintendent of Insurance of the State of New York, Appellant-Respondent. INTERNATIONAL WORKERS ORDER, INC., Respondent-Appellant; HERMAN A. SELIGSON et al., for International Workers Order Policyholders Protective Committee, Interveners, Appellants-Respondents.— Motions for reargument denied. Motions for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 517.]

WATERMAN CORPORATION et al., Respondents, v. JAMES M. JOHNSTON et al., Defendants, and HARRY PRESTON et al., Respondents. ANNE J. MATHES, Objecting Stockholder, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Van Voorhis, JJ. [See 279 App. Div. 1073.]